# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:25mj2046 |
| | ) | |
| | ) | |
| Elyssia Sanabria | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2/26/2025__ in the county of __Cuyahoga__ in the
__Northern__ District of __Ohio__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) | Possession with Intent to Distribute |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Adam W. Anderson, Task Force Officer, DEA
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: February 27, 2025

City and state: Cleveland, Ohio



James E. Grimes Jr., United States Magistrate Judge
*Printed name and title*

FILED
9:33 am Feb 27 2025
Clerk U.S. District Court
Northern District of Ohio
Cleveland