AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   1:25mj2046 |
| | ) | |
| Elyssia Sanabria | ) | |
| *Defendant* | ) | |

**ORDER SCHEDULING A DETENTION HEARING**

A detention hearing in this case is scheduled as follows:

| Place: | 801 West Superior Avenue<br>Cleveland, Ohio 44113 | Courtroom No.: 11A |
|---|---|---|
| | | Date and Time: 3/6/25 2:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 02/27/2025

s/James E. Grimes Jr.
*Judge's signature*

James E. Grimes Jr., United States Magistrate Judge
*Printed name and title*